| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Wendy Moncrief** | Social Security number or ITIN   xxx–xx–5287 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Middle District of Alabama** | | |
| Case number:   **12–33038** | | |

# Order of Discharge                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Wendy Moncrief

Dated September 8, 2017

*Dwight A. Williams, Jr.*
Dwight H. Williams Jr.
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                                 United States Bankruptcy Court
                                  Middle District of Alabama
In re:                                                                    Case No. 12-33038-DHW
Wendy Moncrief                                                            Chapter 13
            Debtor                   CERTIFICATE OF NOTICE
District/off: 1127-2          User: ewalker                 Page 1 of 2                   Date Rcvd: Sep 08, 2017
                              Form ID: 3180W                Total Noticed: 40
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2017.
```
db           +Wendy Moncrief,    197 Grant Spur Road,    Montgomery, AL 36105-6438
aty          +Leonard N. Math,    Chambless & Math,    P.O. Box 230759,    Montgomery, AL 36123-0759
aty          +Richard D. Shinbaum,    Shinbaum & Campbell,    P.O. Box 201,    Montgomery, AL 36101-0201
aty          +William C. Poole,    Hetrick & Poole, LLP,    917 Western America Circle, Ste 200,
               Mobile, AL 36609-4113
cr            Alabama State Employees C.U.,    Chambless - Math, P. C.,    P. O. Box 230759,
               Montgomery, AL  36123-0759
2818250      +(SOUTH) THE HEALTH CARE AUTHORITY FOR BAPTIST HEAL,     c/o CHAMBLESS-MATH & CARR, PC,
               PO BOX 230759,    MONTGOMERY, AL 36123-0759
2723525      +ALABAMA ER ADMIN,    P.O. BOX 4419,    Woodland Hills, CA 91365-4419
2804887      +CAPITAL ONE BANK (USA), N.A.,     PO Box 12907,    Norfolk, VA 23541-0907
2723529      +CMRE FINANCIAL,    3075 E. IMPERIAL HWY, STE 200,    Brea, CA 92821-6753
2740921      +Capital City Rehab Plus,    1286 Carmichael Way,    Montgomery, AL 36106-3645
2723522       EQUIFAX INFORMATION SERVICES LLC,     P.O. BOX 740241,    Atlanta, GA 30374-0241
2723524       EXPERION,    P.O. BOX 9701,    Allen, TX 75013-9701
2723534      +HOLLOWAY CREDIT SOLUTION,    1286 CARMICHAEL WAY,    Montgomery, AL 36106-3645
2723535      +ORTHOPAEDIC REHAB & TRAINING,     1801 W. 2nd St,    Montgomery, AL 36106-1503
2723536      +REHAB ASSOCIATES,    464 ST LUKES DRIVE,    Montgomery, AL 36117-7104
2723537      +REVENUE CYCLE SOLUTIONS,    3 WESTBROOK CORPORATE,    CTR #200,    Westchester, IL 60154-5728
2723523       TRANSUNION CONSUMER SOLUTIONS,     P.O. BOX 2000,    CHESTER, PA 19022-2000
2723541      +WS BADCOCK CORP,    1724 B EAST MAIN STREET,    Prattville, AL 36066-5582
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr           +E-mail/Text: trustees_office@ch13mdal.com Sep 08 2017 21:56:30      Sabrina L. McKinney,
               P.O. Box 173,    Montgomery, AL 36101-0173
cr           +EDI: AISACG.COM Sep 08 2017 21:43:00      Capital One Auto Finance,    P.O. Box 201347,
               Arlington, TX 76006-1347
cr            EDI: AIS.COM Sep 08 2017 21:43:00      Midland Funding LLC by American InfoSource LP as a,
               Attn: Department 1,    PO Box 4457,    Houston, TX  77210-4457
2723526       E-mail/Text: bankruptcy@yourasecu.com Sep 08 2017 21:55:41       ALABAMA STATE EMPLOYEES CU,
               1000 INTERSTATE DRIVE,    Montgomery, AL 36109
2723527      +EDI: CAPITALONE.COM Sep 08 2017 21:43:00      CAP ONE,    P.O. BOX 5253,
               Carol Stream, IL 60197-5253
2723528       EDI: CAPONEAUTO.COM Sep 08 2017 21:43:00      CAPITAL ONE AUTO,    3905 NORTH DALLAS TOLLWAY,
               Plano, TX 75093
2723530      +E-mail/Text: bk@creditcentralllc.com Sep 08 2017 21:56:15      CREDIT CENTRAL,
               1734 EAST MAIN STREET,    Prattville, AL 36066-5582
2757973      +EDI: AISACG.COM Sep 08 2017 21:43:00      Capital One Auto Finance,
               c/o Ascension Capital Group,    P.O. Box 201347,    Arlington, TX 76006-1347
2737526      +E-mail/Text: bk@creditcentralllc.com Sep 08 2017 21:56:15      Credit Central,
               700 E North Street,    Suite 15,    Greenville, SC 29601-3013
2723531      +EDI: AFNIRECOVERY.COM Sep 08 2017 21:43:00      DISH NETWORK,    C/O AFNI, INC,    P O BOX 3097,
               Bloomington, IL 61702-3097
2723532      +E-mail/Text: bknotice@erccollections.com Sep 08 2017 21:55:59      ENHANCED RECOVERY CORP,
               8014 BAYBERRY ROAD,    Jacksonville, FL 32256-7412
2723533       EDI: AMINFOFP.COM Sep 08 2017 21:43:00      FIRST PREMIERE,    601 S. Minnesota Avenue,
               Sioux Falls, SD 57104-4824
2833157       EDI: AIS.COM Sep 08 2017 21:43:00      Midland Funding LLC,    by American InfoSource LP as agent,
               Attn: Department 1,    PO Box 4457,    Houston, TX  77210-4457
2829724      +EDI: PRA.COM Sep 08 2017 21:43:00      PRA Receivables Management, LLC,    POB 41067,
               Norfolk, VA 23541-1067
2765303      +E-mail/Text: csidl@sbcglobal.net Sep 08 2017 21:56:11      Premier Bankcard/Charter,    POB 2208,
               Vacaville, CA 95696-8208
2723538       EDI: WFNNB.COM Sep 08 2017 21:43:00      SPRINT,    4400 Ashford Dunwood Road,
               Atlanta, GA 30346-1518
2740923      +E-mail/Text: bankruptcy@speedyinc.com Sep 08 2017 21:55:38      Speedy Cash,
               1501 Eastern Bypass,    Montgomery, AL 36117-1605
2794957       EDI: VERIZONWIRE.COM Sep 08 2017 21:43:00      VERIZON WIRELESS,    PO BOX 3397,
               BLOOMINGTON, IL 61702-3397
2723539      +EDI: VERIZONWIRE.COM Sep 08 2017 21:43:00      VERIZON WIRELESS,    PO BOX 26055,
               NATIONAL RECOVERY DEPT M.S. 400,    Minneapolis, MN 55426-0055
2723540       E-mail/Text: legal_bankruptcy@badcock.com Sep 08 2017 21:55:26       W.S. BADCOCK CORPORATION,
               P.O. BOX 497,    MULBERRY, FL 33860
2728193       E-mail/Text: legal_bankruptcy@badcock.com Sep 08 2017 21:55:26       W.S.Badcock Corporation,
               Post Office Box 232,    Mulberry,FL 33860
2740922      +E-mail/Text: bankruptcydept@wyn.com Sep 08 2017 21:56:13      Wyndham Consumer Fiance,
               Post Office Box 93742,    Las Vegas, NV 89193-3742
                                                                                               TOTAL: 22
```

```
District/off: 1127-2           User: ewalker            Page 2 of 2             Date Rcvd: Sep 08, 2017
                               Form ID: 3180W           Total Noticed: 40
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,    POB 41067,    NORFOLK, VA 23541-1067
cr*          ++W S BADCOCK CORPORATION,    POST OFFICE BOX 724,    MULBERRY FL 33860-0724
             (address filed with court:   W.S. Badcock Corporation,    Post Office Box 232,
               Mulberry, FL  33860)
                                                                          TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2017                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2017 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Leonard N. Math    on behalf of Creditor   Alabama State Employees C.U.
               noticesmd@chambless-math.com
              Richard D. Shinbaum    on behalf of Debtor Wendy  Moncrief rshinbaum@smclegal.com,
               scarter@smclegal.com;cthornton@smclegal.com
              Sabrina L. McKinney    trustees_office@ch13mdal.com
              William C. Poole    on behalf of Creditor   Capital One Auto Finance william_poole@bellsouth.net,
               debbie_presley@bellsouth.net
                                                                                  TOTAL: 5
```